IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 18-cv-0891-WJM-STV

BORIS MOLKANDOW, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MAURY COBB ATTORNEY AT LAW, LLC,

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion for Judgment on the Pleadings [ECF 24] entered by the Honorable William J. Martínez on February 12, 2019, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant's Motion for Judgment on the Pleadings and Incorporated Memorandum of Law [ECF 18] is GRANTED.  It is further

ORDERED that Defendant's Unopposed Motion to Continue Pretrial Deadlines [ECF 23] is denied as moot. It is further

ORDERED that final judgment is hereby entered in favor of Defendant Maury Cobb Attorney at Law, LLC and against Plaintiff Boris Molkandow.  It is further

ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that Plaintiff's complaint [ECF 1] and this civil action are DISMISSED

WITH PREJUDICE. It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this 12th day of February, 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Anna Frank
Anna Frank, Deputy Clerk